United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ABEL ESCOBAR LOPEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-316 |
| | § | |
| BRET BRADFORD[1] *et al.* | § | |

## FINAL JUDGMENT

For the reasons the Court set forth in its Order, Petitioner's Writ of Habeas Corpus (Dkt. No. 1) is **GRANTED IN PART**. All relief not expressly provided in the Court's Order is **DENIED**. Accordingly, the Court **ENTERS** this final judgment pursuant to Federal Rule of Civil Procedure 58(a).

The Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** July 6, 2026.

Marina Garcia Marmolejo
United States District Judge

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.